**Leroy RICHARDSON–BEY,
Plaintiff–Appellant,**

v.

**Theodis BECK; James B. French; Lynn Oehling; Mary Lou Rogers; Bonnie Boyette; Dennis M. Rowland; J. Blango; F. Brown, Lieutenant; Sergeant Watson; David Yates; Superintendent Grimm; Cynthia Butler Bostic; R.B. Lee, Captain; Elizabeth Laycock; G.L. Woodard, Superintendent; C. Batten; Fran Minshew; Rick**

Jackson, Superintendent; Julia Brigman; Thomas J. Andrews; Mr. Wilkerson; Hattie B. Pimpong, Defendants–Appellees.

No. 01–7005.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 14, 2001.

Leroy Richardson–Bey, pro se.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Leroy Richardson–Bey appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Richardson–Bey v. Beck,* No. CA–01–262 (E.D.N.C. May 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*